# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

## PACER Cover Sheet
## for Electronically Filed Documents

Any data shown here are current as of 06/13/06 . Any element of information on this form, except the received date, is subject to change as changes may be made to the Court's official docket.

**Case Title:** Furr's Supermarkets, Inc.

**Case Number:** 01-10779

### Document Information

| | |
|---|---|
| **Description:** | Stipulated Order By and Between Debtor Furr's Supermarkets, Inc., Creditor University of New Mexico establishing deadline of 6/15/01 for assumption or rejection of executory contract with the University of NM . |
| **Received on:** | 2001-05-29 10:42:22.000 |
| **Date Filed:** | 2001-05-29 10:42:22.000 |
| **Date Entered On Docket:** | 2001-05-29 00:00:00.000 |

### Filer Information

**Submitted By:**

**If this form is attached to the document identified above, it serves as an endorsed copy of the document as it existed on the above date. To confirm that nothing has changed since then, review the docket.**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

IN RE: FURR'S SUPERMARKETS, INC.,     NO. 11-01-10779 SA
Debtor.

## STIPULATED ORDER ESTABLISHING DEADLINE FOR ASSUMPTION OR REJECTION OF EXECUTORY CONTRACT WITH THE UNIVERSITY OF NEW MEXICO

THIS MATTER having come before the Court upon the stipulation of the parties, the Debtor-in-Possession appearing by and through its counsel Jacobvitz, Thuma & Walker, P.C. (David T. Thuma) the University of New Mexico, Department of Intercollegiate Athletics ("UNM") appearing by and through its attorneys Keleher & McLeod, P.A. (James C. Jacobsen), it appearing that on March 2, 2001, UNM filed its Motion to Compel Debtor-in-Possession to Accept or Reject Corporate Sponsorship Agreement with University of New Mexico, Department of Intercollegiate Athletics, that proper and sufficient notice to creditors and parties in interest was given on March 2, 2001, that the only response was that of the Debtor-in-Possession, the parties having stipulated and agreed, and the Court being otherwise fully informed, no further hearing being required in the circumstances, it is therefore

ORDERED, ADJUDGED AND DECREED that Debtor-in-Possession Furr's Supermarkets, Inc. must assume or reject its 1999-2004 Corporate Sponsorship Agreement with the University of New Mexico, Department of Intercollegiate Athletics no later than June 15, 2001.

_____
James S. Starzynski
United States Bankruptcy Judge

Submitted by,
KELEHER & McLEOD, P.A.

By _____
James C. Jacobsen
P.O. Drawer AA
Albuquerque, New Mexico 87103
(505) 346-4646
(505) 346-1370 (fax)

*Attorneys for UNM*

    and

JACOBVITZ, THUMA & WALKER, P.C.

By __Telephonic Approval 5/25/01__
David T. Thuma
500 Marquette NW, Suite 650
Albuquerque, NM 87102
(505) 766-9272
(505) 766-9287 (fax)

    *-and-*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
(213) 687-5000

*Attorneys for Debtor-in-Possession*
jcj0170

I hereby certify that a true and correct copy of the foregoing was either electronically transmitted, faxed, delivered or mailed to the listed counsel and parties on:

MAY 2 9 2001

Mary B. Anderson